**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MADISON ROSE LUCEY,<br><br>*Plaintiff,*<br><br>v.<br><br><br>AMAZON.COM, INC., AMAZON DEVELOPMENT CENTER U.S. INC., AMAZON.COM SERVICES LLC, AMAZON WEB SERVICES INC., THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, AND BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:26-cv-02884-S-BN |

**DEFENDANT AMAZON DEVELOPMENT CENTER U.S. INC.'S**
**<u>DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.4, Defendant Amazon Development Center U.S., Inc., files this Disclosure Statement and Certificate of Interested Persons and certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the above-captioned matter:

**<u>Plaintiff:</u>**

Madison Rose Lucey, pro se

**<u>Defendants:</u>**

Amazon.com Services LLC; Amazon.com, Inc.; Amazon Development Center U.S., Inc.; and Amazon Web Services, Inc. (the "Named Amazon Defendants")

Guardian Life Insurance Company of America; Berkshire Life Insurance Company of America

(the "Other Defendants")

**Counsel for the Named Amazon Defendants:**

**Lauren A. West**
State Bar No. 24070831
Lauren.west@morganlewis.com

**Ayah Housini**
State Bar No. 24137330
Ayah.housini@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
(214) 466-4000 – Telephone
(214) 466-4001– Facsimile

**Counsel for the Other Defendants:**

**Andrew Kasner**
State Bar No. 24078770
andrew.kasner@mhllp.com

**Janie Rios**
State Bar No. 24126600
janie.rios@mhllp.com

**Jillian M. Kerr**
State Bar No. 24153531
jillian.kerr@mhllp.com

MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, Texas 77002
(713) 337-5580 – Telephone
(713) 337-8850 – Facsimile

**Any parent corporation of Defendant Amazon Development Center U.S., Inc. and any publicly held corporation that owns 10% or more of its stock:**

Amazon Development Center U.S., Inc. is direct wholly-owned subsidiary of Amazon.com, Inc. Amazon.com, Inc. is a publicly held corporation with no parent corporation and no publicly held corporation owns 10% or more of its stock.

**Other entities financially interested in the outcome of this case:**

None.

Defendant Amazon Development Center U.S., Inc. reserves the right to amend this Corporate Disclosure Statement and Statement of Interested Persons.

Dated: October 30, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Lauren A. West*

Lauren A. West
State Bar No. 24070831
Lauren.west@morganlewis.com
Ayah Housini
State Bar No. 24137330
Ayah.housini@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
(214) 466-4000 – Telephone
(214) 466-4001– Facsimile

ATTORNEYS FOR DEFENDANTS, AMAZON.COM, INC., AMAZON DEVELOPMENT CENTER U.S., INC., AMAZON.COM SERVICES LLC, AND AMAZON WEB SERVICES, INC.

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to the pro se plaintiff:

Madison Rose Lucey
PRO SE PLAINTIFF
244 Sunrise Drive
Milford, PA 18337
Telephone: (570) 832-3998
E-Mail: MadisonChaitLucey@proton.me

*/s/ Lauren A. West*
Lauren A. West